**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:                                                                                              Case No. 8-16-bk-02868-CPM
                                                                                                         Chapter 12

Darrell Wayne Catrett, Sr. and Tammi Lorraine Catrett

                       Debtors.
_____/

**AMENDED**
**TRUSTEE'S UNFAVORABLE RECOMMENDATION**
**AND OBJECTIONS TO CONFIRMATION OF THE PLAN**

TO:  Clerk, United States Bankruptcy Court

      1.      The Debtors' Petition for Relief to Chapter 12 was filed on April 03, 2016.

      2.      <u>Trustee's Recommendation to the Court</u>.  The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reasons:

      3.      It does not appear that the Debtors have dedicated all disposable income to the proposed Plan as required by 11 U.S.C. §1225(b)(1)(B).

      a.  The Trustee hereby requests the following additional documents pursuant to the First Day Order to determine if the Debtors have dedicated all disposable income to the Plan:  profit and loss statements, monthly, starting March 2016.

      b.  The Debtors must file an Amended Schedule I accurately reflecting their present income.

      4.      The Plan violates 11 U.S.C. §1225(a)(4) because it does not pay unsecured creditors the value of what they would receive in a case under Chapter 7.

      a.  The Trustee is uncertain that the value of certain assets listed on Schedule A/B is correct.  Unless otherwise agreed, the Debtors must obtain an appraisal of the assets pursuant to the First Day Order.

      5.      An Amended Plan must be filed because:

      a.  The Plan is unclear as to the treatment of all creditors.

      6.      The Debtors' Schedules "F", or "E", must be amended to State of Florida.

**7.** It appears that this case is a business case and the Chapter 12 Trustee's Office has and may further investigate the Debtors business.

/s/ Jon M. Waage
Jon M. Waage
Chapter 12 Standing Trustee
P.O. Box 25001
Bradenton, Florida 34206
Phone: (941) 747-4644
FAX:   (941) 750-9266

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Amended Unfavorable Recommendation and Objections to Confirmation of the Plan has been furnished electronically and/or by First Class U.S. Mail to Debtors, **Darrell Wayne Catrett, Sr, and Tammi Lorraine Catrett**, 4325 Keysville Road, Lithia, FL 33547, and **Michael Barnett, Esquire,** Michael Barnett, P.A., 506 North Armenia Avenue, Tampa, FL 33609, Attorney for Debtors, and the **U.S. Trustee,** 501 East Polk Street, Suite 1200, Tampa, Florida 33602 on this 1st day of June, 2016.

/s/ Jon M. Waage

JMW/br